UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM A. MALONE,

    Plaintiff,

        v.                                                                        Case No. 13-cv-125-JPG-PMF

CHARLES DINTLEMAN, TERESA KISRO
and WHAL,

    Defendants.

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Charles Dintleman, Teresa Kisro, and Whal and against Plaintiff William A. Malone.


DATED:    July 31, 2013        NANCY J. ROSENSTENGEL, Clerk of Court

                                                        By:  s/Brenda K. Lowe, Deputy Clerk


Approved:    s/ J. Phil Gilbert
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**